# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2543
LT Case No. 42-2022-DR-1619

———————————————

MARCUS HARDEN,

Appellant,

v.

ANDREA M. HARDEN,

Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Jennifer Lester Bass, Judge.

Thomas W. Sculco and Shannon McLin, of Florida Appeals,
Orlando, for Appellant.

Christopher V. Carlyle and John N. Bogdanoff, of The Carlyle
Appellate Law Firm, Orlando, for Appellee.

November 6, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____